**Maria E. PARRA, Plaintiff–Appellant,**

v.

**WILSHIRE CREDIT CORPORATION, Ontra, Inc., and Greenpoint Mortgage Corporation, Defendants–Appellees.**

No. 02–7400.

United States Court of Appeals, Second Circuit.

Dec. 18, 2002.

Maria E. Parra, pro se, for Appellant.

Steven Taitz, Roe, Wallace, Esteve, Taroff & Taitz, LLP, Patchogue, NY, for Wilshire Credit Corporation, Steven S. Rand, Zeichner, Ellman & Krause LLP, New York, NY, for Ontra, Inc., Lisa M. Scully, Cullen & Dykman LLP, Brooklyn, NY, for Greenpoint Mortgage, for Appellees.

Present CABRANES, POOLER and KATZMANN, Circuit Judges.

**ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court be and it hereby is **AFFIRMED.**

Having reviewed all of the Appellant's contentions on this appeal and finding in them no merit, the thorough and careful judgment of the District Court is **AFFIRMED** for substantially the reasons stated in its opinion, *Parra v. Greenpoint Mortgage Co.,* No. 01–CV–2010, slip op. (E.D.N.Y. Mar. 26, 2002).